Eastern District of Kentucky
FILED

MAY 28 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

**UNITED STATES OF AMERICA**

**V.**                                      INDICTMENT NO. 5: 26-CR-063-SCM

**KEITA JERROD HAYDEN and**
**DEL TANYA HOLBROOK**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning in or about January 2026, and continuing through on or about April 28, 2026, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

### KEITA JERROD HAYDEN and
### DEL TANYA HOLBROOK

did conspire with each other and with others, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing cocaine, and 50 grams or more of methamphetamine, each a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about March 9, 2026, in Fayette County, in the Eastern District of

Kentucky, and elsewhere,

**KEITA JERROD HAYDEN and
DEL TANYA HOLBROOK**

did possess with intent to distribute 5 kilograms or more of a mixture or substance

containing a detectable amount of cocaine and 50 grams or more of methamphetamine,

Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 21 U.S.C. § 856(a)(1)

Beginning on an unknown date, but no later than January 1, 2026, and continuing

through on or about April 28, 2026, in Fayette County, in the Eastern District of

Kentucky,

**KEITA JERROD HAYDEN**

did unlawfully and knowingly use and maintain a place located at 1087 Duvall Street, in

Lexington, Kentucky, for the purpose of distributing cocaine and methamphetamine,

Schedule II controlled substances, in violation of 21 U.S.C. § 856(a)(1).

### 21 U.S.C. § 851 ENHANCEMENT

Before **KEITA JERROD HAYDEN** committed the offenses charged in

Counts 1 and 2 of this Indictment, he had a prior conviction for a serious drug felony

offense in the United States District Court, Eastern District of Kentucky, Criminal

Action No. 5:06-CR-187-DCR, for Possession with Intent to Distribute Cocaine Base,

for which he served a term of imprisonment of more than 12 months and for which his

release from any term of imprisonment was within 15 years of the commencement of

the offenses charged in Counts 1 and 2.

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853

1.    By virtue of the commission of the felony offenses alleged in Counts 1-3 of the Indictment, **KEITA JERROD HAYDEN and DEL TANYA HOLBROOK,** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 841 and 846. Any and all interest that **KEITA JERROD HAYDEN and DEL TANYA HOLBROOK** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.    The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
a.  Approximately $123,000 in United States currency; and
b.  Approximately $48,900 in United States currency.

**FIREARM AND AMMUNITION:**
a.  Ruger, New Model Blackhawk, .41 caliber revolver, Serial Number: 47-04302; and
b.  Any associated ammunition.

3.    If any of the property listed above, as a result of any act or omission of the Defendants, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United

States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**RON L. WALKER JR.**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:**    Not less than 10 years imprisonment nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**If prior serious drug felony conviction:**
Not less than 15 years imprisonment nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**COUNT 3:**    Not more than 20 years imprisonment, a $500,000 fine, and 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.